UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSHUA FORD #87758,

        Plaintiff,                     Case No. 1:23-cv-870

v.                                           Honorable Sally J. Berens

BETH DEBOER et al.,

        Defendants.
_____/

**ORDER**

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On March 20, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 7).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Joshua Ford #87758 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.

Dated:   March 27, 2024                          /s/ Sally J. Berens
                                                                   SALLY J. BERENS
                                                                     United States Magistrate Judge